IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORDO

Criminal Case No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARK WILLIAM FISCHER,

      Defendant.

---

**INFORMATION
(18 U.S.C. § 505)**

---

## COUNT ONE

The United States Attorney charges that:

Between on or about March 28, 2005 and April 26, 2005, in the State and District of Colorado, MARK WILLIAM FISCHER, the defendant herein, did forge the signatures of the Honorable PHILLIP S. FIGA, United States District Court Judge, District of Colorado, and Stephen P. Ehrlich, an officer of any court, to wit; the Chief Deputy Clerk for the United States District Court, District of Colorado, upon a document titled "CERTIFICATE OF STAY OF JUDGMENT RELEASE OF JUDGMENT LIEN" and bearing "Civil Action No. 00-F-731 (OES)", and MARK WILLIAM FISCHER, knew that the aforestated signatures were false.

The foregoing was in violation of Title 18, United States Code, Section 505.

TROY A. EID
United States Attorney


By:  s/James R. Allison
JAMES R. ALLISON
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: James.Allison2@usdoj.gov
Attorney for the Government